Steven J. Badger
Texas Bar No. 01499050
sbadger@zelle.com
**ZELLE HOFMANN VOELBEL & MASON LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994
**COUNSEL FOR PLAINTIFF, SOLAR SOCCER CLUB**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| GEORGE D. RINGER AND MARY C. RINGER, | § § § § | CASE NO. 10-38013 (CHAPTER 7) |
| Debtors. | § | |

| | | |
|---|---|---|
| SOLAR SOCCER CLUB, | § § | |
| Plaintiff, | § | |
| v. | § § | ADV. NO. 11-3072 |
| GEORGE D. RINGER, | § § § | |
| Defendant. | § | |

## NOTICE OF HEARING ON PLAINTIFF'S MOTION TO STAY

**PLEASE TAKE NOTICE** that the Plaintiff's Motion to Stay filed by Solar Soccer Club ("Solar") will be heard on Monday, July 18, 2011 at 9:00 a.m. before the Honorable Barbara J. Houser, United States Bankruptcy Judge, 1100 Commerce Street, 14th Floor, Courtroom No. 2, Dallas, Texas 75202.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion to Stay must be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the

United States Bankruptcy Court for the Northern District of Texas and shall be filed with the Bankruptcy Court and served upon counsel for the Plaintiff and all parties on the attached Service List.

Dated this 13th day of June, 2011.

        Respectfully submitted,

        **ZELLE HOFMANN VOELBEL & MASON LLP**

By:    */s/ Steven J. Badger*
       Steven J. Badger
       State Bar No. 01499050

901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:   214-742-3000
Facsimile:     214-760-8994
**COUNSEL FOR PLAINTIFF,
SOLAR SOCCER CLUB**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2011, a true and correct copy of the foregoing pleading was forwarded by first class mail to the persons listed on the attached service list (Exhibit A).

        */s/ Steven J. Badger*
        Steven J. Badger

# Exhibit A

**Debtor:**

George D. Ringer
9522 Moss Haven
Dallas, TX 75231-2608

Michael F. Pezzulli
**Pezzulli Barnes, LLP**
17300 Preston Rd. Suite 220
Dallas, TX 75252

**Debtor:**

Mary C. Ringer
9522 Moss Haven
Dallas, TX 75231-2608

**Debtor's Attorney:**

Joyce W. Lindauer
Attorney at Law
8140 Walnut Hill Lane
Suite 301
Dallas, TX 75231

**Trustee:**
Robert Yaquinto Jr.
509 N. Montclair
Dallas, TX 75208-5450

U.S. Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Bobby D Associates
c/o Heather H. Jobe
Bell Nunnally & Martin LLP
3232 McKinney Ave.
Suite 1400
Dallas, TX 75204-2429

Attorney General of Texas
Bankruptcy Division
P.O. Box 12548
Austin, TX 78711-2548

Charles R. Billings
Attorney at Law
14901 Quorum Dr. Suite 740
Dallas, TX 75254-7524

City of Dallas
1500 Marilla, 2DS
Dallas, TX 75201-9990

Texas Comptroller of Public Accounts
Revenue Accounting Div — Bankruptcy Section
P.O. Box 13528
Austin, TX 78711-3528

Discover Financial Services LLC
P.O. Box 3025
New Albany, OH 43054-3025

Frost National Bank
P.O. Box 34756
San Antonio, TX 78265-4746

Higher Education Student Assistance Auth
P.O. Box 548
Trenton, NJ 08625-0548

Internal Revenue Service
Attn: Vickie Fortson
4050 Alpha Rd, Room 185
MC 5120
Dallas, TX 75244-9440

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, TX 75242-1001

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Richardson ISD
c/o Perdue, Brandon, Fielder
P.O. Box 13430
Arlington, TX 76094-0430

Round Point Mortgage
P.O. Box 19409
Charlotte, NC 28219-9409

Discover Card
P.O. Box 15192
Wilmington, DE 19850-5192

U.S. Attorney
Main & Justice Bldg.
10th & Pennsylvania NW
Washington, DC 20530-0001

U.S. Trustees
1100 Commerce Street
Room 976
Dallas, TX 75242-0996
2127240v1