Michael F. Pezzulli
Texas Bar No. 15881900
Michael@courtroom.com
Pezzulli Barnes, LLP
17300 Preston Road, Suite 220
Dallas, Texas 75252
972.713.1300
972.713.1333 fax
Counsel for Defendant,
George D. Ringer

ORIGINAL

FILED
JUN 21 2011
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GEORGE D. RINGER AND | § | CASE NO. 10-38013 |
| MARY C. RINGER, | § | (CHAPTER 7) |
|     Debtors. | § | |

| | | |
|---|---|---|
| SOLAR SOCCER CLUB, | § | |
|     Plaintiff, | § | |
| v. | § | ADV. NO. 11-03072 |
| | § | |
| GEORGE D. RINGER, | § | |
|     Defendant. | § | |

## DEFENDANT'S WITNESS LIST

Under section III (3) of the Court's February 4, 2011 Scheduling Order, Defendant George D. Ringer, files his Witness List:

1. G. David Ringer – Defendant
   c/o Pezzulli Barnes, LLP
   17300 Preston Rd. Suite 220
   Dallas, Tx. 75252
   972.713.1300
   972.713.1333 fax

2.  G. David Ringer, P.C.
    c/o Pezzulli Barnes, LLP
    17300 Preston Rd. Suite 220
    Dallas, Tx. 75252
    972.713.1300
    972.713.1333 fax

3.  Solar Soccer Club — Plaintiff
    c/o Steven Badger
    Zelle, Hofmann, Voelbel & Mason, LLP
    901 Main St., Suite 4000
    Dallas, Tx. 75202-3975
    214.742.3000
    214.760.8994 fax

4.  Directors and Officers of Solar Soccer Club
    Addresses unknown

5.  Affiliates of Solar Soccer Club
    Addresses unknown

6.  Mark Scholten – President of Solar Soccer Club
    4119 Shorecrest
    Dallas, Texas 75209
    2003, 2004, 2005, 2006, 2007, 2008, 2009
    In addition to knowledge of the Club's operations, finances,
    borrowing, litigation, and payments to Ringer and others, Scholten
    knows about his family's lending money to Solar.

7.  Sandra Sheperd- Vice President-Girls Division
    9849 Faircrest
    Dallas, Texas 75238
    2005, 2006, 2007, 2008, 2009

8.  Kevin Smith- Director of Coaching
    16063 Longvista
    Dallas, Tx. 75248
    2007, 2008, 2009

9.  Michael Brown
    10661 FM 1565
    Terrell, TX 75160
    Michael Brown knows about his lending money to Solar.

DEFENDANT'S WITNESS LIST                                                              Page 2

10. Kathy Hazard, CPA
    2137 Stradivarius
    Carrollton, Tx 75007-2218
    Hazard prepared some of Solar Soccer's federal tax returns.

11. Gary Moor
    5815 Joyce Way
    Dallas, Tx. 75225
    2001 Vice President

12. Johnnie J. Smith
    7518 Fitchburg
    Garland, Tx. 75044
    2001 Vice President

13. Claudia Ratner
    6917 Meadowcreek
    Dallas, Tx. 75240
    2001, 2002, 2003, 2004 College Coordinator

14. Sarah Rogers
    5808 Woodwind Drive
    Plano, Tx 75093
    2001, 2002, 2003, 2004 Secretary

15. Steve Schoettmer
    6048 Lakehurst
    Dallas, Tx 75230
    2002, 2003 Vice President

16. Tim Durie
    913 Kilgore
    Allen, Tx. 75013
    2003, 2004 Vice President

Defendant also intends to call and examine any and all witness called by the plaintiffs and reserve the right to cross examine the same.

There may be additional Solar Soccer witnesses that the Defendant may seek to call, which witnesses were not previously produced by the plaintiffs.

Dated: June 21, 2011

                                                  Respectfully submitted,

                                                  _____
                                                  MICHAEL F. PEZZULLI
                                                  State Bar No. 15881900
                                                  CHRISTOPHER L. BARNES
                                                  State Bar No. 00792175
                                                  17300 Preston Road, Suite 220
                                                  Dallas, Texas 75252
                                                  (972) 713-1300
                                                  (972) 713-1333 fax

                                                  **ATTORNEYS FOR GEORGE**
                                                  **DAVID RINGER**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on June 21, 2011, a true and correct copy of the foregoing pleading was forwarded by first-class mail and fax to Steven J. Badger, Zelle, Hofmann, Voelbel & Mason, LLP, 901 Main Street, Suite 4000, Dallas, Texas 75202-3975, 214.72.3000, 214.760.8994 (fax) as well by first-class mail to the persons listed on the attached service list.

                                                       _____
                                                       Christopher L. Barnes

Trustee:
Robert Yaquinto Jr.
509 N. Montclair
Dallas, Tx. 75208-5450

Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, Tx. 78711-2548

Texas Comptroller of Public
Accounts
Revenue Accounting Div – Bky.
Section
PO Box 13528
Austin, Tx. 78711-3528

Higher Education Student
Assistance Auth
PO Box 548
Trenton, NJ 08625-0548

Internal Revenue Service
Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101-7346

Round Point Mortgage
PO Box 19409
Charlotte, NC 28219-9404

U.S. Trustees Office
1100 Commerce Street, Room 976
Dallas, Tx. 75242-0996
Discover Card
PO Box 15192
Wilmington, DE 19850-5192

Debtor:
Mary C. Ringer
9522 Moss Haven
Dallas, Tx. 75231-2608

U.S. Bankruptcy Court
1100 Commerce St., Room 1254
Dallas, Tx. 75242-1305

Charles R. Billings
Attorney-at-law
14901 Quorum Dr., Suite 740
Dallas, Tx. 75254-7524

Discovery Financial Services LLC
PO Box 3025
New Albany, OH 43054-3025

Internal Revenue Service
Attn: Vickie Fortson
4050 Alpha Rd., Room 185
MC 5120
Dallas, Tx. 75244-9440

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

U.S. Trustee
1100 Commerce St., Room 976
Dallas, Tx. 75242-1011

Debtor's Attorney
Joyce W. Lindauer
Joyce W. Lindauer, Attorney at Law
8140 Walnut Hill Lane, Suite 301
Dallas, Tx. 75231

Bobby D. Associates
c/o Heather H. Jobe
c/o Bell Nunnally & Martin, LLP
3232 McKinney Ave., Suite 1400
Dallas, Tx. 75204-2429

City of Dallas
1600 Marilla, 2Ds
Dallas, Tx. 75201-9990

Frost National Bank
PO Box 34756
San Antonio, Tx. 78265-4746

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce St.
Dallas, Tx. 75242-1001

Richardson I.S.D.
c/o Perdue, Brandon, Fielder, et al
PO Box 13430
Arlington, Tx. 76094-0430

US Attorney
Main & Justice Bldg.
10th & Pennsylvania NW
Washington, DC 20530-0001

Comptroller of Public Accounts
Rev Act. Div. – Bankruptcy Sec
PO Box 13528
Austin, Tx. 78711