Michael F. Pezzulli
Texas Bar No. 15881900
Michael@courtroom.com
Pezzulli Barnes, LLP
17300 Preston Road, Suite 220
Dallas, Texas 75252
972.713.1300
972.713.1333 fax
Counsel for Defendant,
George D. Ringer

ORIGINAL

FILED
JUN 21 2011

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GEORGE D. RINGER AND | § | CASE NO. 10-38013 |
| MARY C. RINGER, | § | (CHAPTER 7) |
|     Debtors. | § | |

| | | |
|---|---|---|
| SOLAR SOCCER CLUB, | § | |
|     Plaintiff, | § | |
| v. | § | ADV. NO. 11-03072 |
| | § | |
| GEORGE D. RINGER, | § | |
|     Defendant. | § | |

## DEFENDANT'S EXHIBIT LIST

Under section III (3) of the Court's February 4, 2011 Scheduling Order, Defendant George D. Ringer, files his Exhibit List:

    Ex 1. DEFT 1-39    Arch Insurance correspondence and policy

    Ex 2. DEFT 40-143    Solar Soccer Club Articles of Incorporation; Correspondence exchanged between Steven Badger and David Ringer

    Ex 3. DEFT 144-158    Documents exchanged with Mark Scholten

Ex 4. DEFT 159-194 Promissory Notes, Guaranty Agreement, Pledge and Security Agreement, Profit and Loss Statements

Ex 5. DEFT 220-740 Club Administration Payments June 2003 through January 2010

Ex 6. DEFT 741-822 Solar Soccer Club QuickAccount Reports for 2003-2010

Ex 7. DEFT 823-875 Financial and other materials relating to last site Contract

Ex 8. DEFT 876-908 Promissory Note and Loan Interest records for 2005-2010; MDGMA Promissory Note and payment spreadsheet, Scholten Promissory Note, Ward Management Trust Promissory Note

Ex 9. DEFT 909-957 G. David Ringer, P.C. billing records

Ex 10. DEFT 958-1123 Various emails

Ex 11. Solar Soccer Club's financial records, including financial statements, tax returns, Form 990s, records of notes and other borrowings, records related to the repayment of debt, records related to services provided to the Club and payments for those services, records of payments to insiders, members, officers, directors, and affiliates; Solar Soccer Club's general ledger or QuickBooks accounts and records

Ex 12. Correspondence, including letters, faxes, emails, and other forms of communication among and between Ringer, Scholten, Hazard, and other directors, members, professionals, service providers, banks and other creditors, about the Club's operations, executive decisions, budgets, cash requirements, sources of revenue, debt, uses of cash, expenses, taxes, payments, dues, searches for property and training facility, and litigation

Ex 13. Records, documents, and electronic or magnetic data about the subjects listed in no. 12

Ex 14. Records, communications, and electronic or magnetic data about either (a) communications about the Club's business, operations, finances, borrowings, and payments to its President Scholten, its Board of Directors, individual directors, or other officers and (b)

|         |                                                                                                                                                                                                                                                                                                                         |
|---------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | books, records, and data about these matters, which were available to President Scholten, the Board, individual directors, and other officers between 1996 and the present                                                                                                                                              |
| Ex 15.  | Solar Soccer Club's communications with newspapers or other media and reporters regarding Ringer or the Club's allegations against Ringer                                                                                                                                                                               |
| Ex 16.  | Records, documents, and electronic or magnetic data about the services, which D. David Ringer, P.C. or David Ringer, acting as a lawyer, provided to Solar Soccer Club, including services in connection with various pieces of litigation (*e.g.*, a lawsuit involving the Prince of Peace and a lawsuit involving a Club coach) or searches or negotiations for actual or prospective business deals |
| Ex 17.  | Records, documents, and electronic or magnetic data about the executive services, which David Ringer provided to the Club                                                                                                                                                                                               |
| Ex 18.  | Records, documents, and electronic or magnetic data about all payments, which the Club made or allegedly made to David Ringer or G. David Ringer, P.C.                                                                                                                                                                  |
| Ex 19.  | Records, documents, and electronic or magnetic data about all payments, which the Club made to Mark Scholten, Scholten's family, or trusts or other entities controlled by Scholten or his family, regardless of purpose (including compensation, reimbursement, or payment of debt)                                   |
| Ex 20.  | Records, documents, and electronic or magnetic data about all payments, which the Club made to its officers, directors, members, and affiliates, or to trusts or other entities controlled by such persons or their families, regardless of purpose (including compensation, reimbursement, or payment of debt)        |
| Ex 21.  | Records, documents, and electronic or magnetic data about the Club's growth, in terms of the revenues, numbers of teams sponsored, number of members and players, and other measures, between 1996 and the present                                                                                                     |
| Ex 22.  | Solar tax records, which Solar produced to Ringer, on June 15, 2011 via email and bates labeled by Ringer, SOLAR00001-00192.                                                                                                                                                                                            |

Defendant reserves the right to use any and all Responses and/or Answers to Written Discovery and any amendments and/or supplements thereto, served by any party in response to any party's Requests for Disclosures, Request for Production, Interrogatories, Request for Admissions, written and/or oral depositions.

Defendant may use any and all exhibits listed by, produced by and/or requested from Plaintiffs and/or any other party at the time of trial.

Defendant may use any and all exhibits listed by the Plaintiffs and not ultimately objected to by the Defendant.

Defendant may use any and all exhibits to all depositions taken in this matter, and not ultimately objected to by the Defendant.

Defendant may use any exhibits produced and/or referred to in the discovery responses of any party to this matter, and not ultimately objected to by the Defendant.

Defendant further reserves the right to introduce, should the need arise, any and all documents not specifically listed herein, but exchanged by the parties throughout the discovery process of this lawsuit.

Defendant also reserves the right to use other demonstrative aids that may be created between now and the time of trial, including blow-ups, enlargements and/or other public documents.

Defendant reserves the right to use any rebuttal evidence and/or call any rebuttal witnesses, if necessary.

Defendant reserves the right to amend/or supplement his Exhibit List, following stipulations by counsel and/or rulings by the Court.

Dated: June 21, 2011

Respectfully submitted,

_____
MICHAEL F. PEZZULLI
State Bar No. 15881900
CHRISTOPHER L. BARNES
State Bar No. 00792175
17300 Preston Road, Suite 220
Dallas, Texas 75252
(972) 713-1300
(972) 713-1333 fax

**ATTORNEYS FOR GEORGE DAVID RINGER**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2011, a true and correct copy of the foregoing pleading was forwarded by first-class mail and fax to Steven J. Badger, Zelle, Hofmann, Voelbel & Mason, LLP, 901 Main Street, Suite 4000, Dallas, Texas 75202-3975, 214.72.3000, 214.760.8994 (fax) as well by first-class mail to the persons listed on the attached service list.

_____
Christopher L. Barnes

Trustee:
Robert Yaquinto Jr.
509 N. Montclair
Dallas, Tx. 75208-5450

Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, Tx. 78711-2548

Texas Comptroller of Public Accounts
Revenue Accounting Div – Bky. Section
PO Box 13528
Austin, Tx. 78711-3528

Higher Education Student Assistance Auth
PO Box 548
Trenton, NJ 08625-0548

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Round Point Mortgage
PO Box 19409
Charlotte, NC 28219-9404

U.S. Trustees Office
1100 Commerce Street, Room 976
Dallas, Tx. 75242-0996
Discover Card
PO Box 15192
Wilmington, DE 19850-5192

Debtor:
Mary C. Ringer
9522 Moss Haven
Dallas, Tx. 75231-2608

U.S. Bankruptcy Court
1100 Commerce St., Room 1254
Dallas, Tx. 75242-1305

Charles R. Billings
Attorney-at-law
14901 Quorum Dr., Suite 740
Dallas, Tx. 75254-7524

Discovery Financial Services LLC
PO Box 3025
New Albany, OH 43054-3025

Internal Revenue Service
Attn: Vickie Fortson
4050 Alpha Rd., Room 185
MC 5120
Dallas, Tx. 75244-9440

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

U.S. Trustee
1100 Commerce St., Room 976
Dallas, Tx. 75242-1011

Debtor's Attorney
Joyce W. Lindauer
Joyce W. Lindauer, Attorney at Law
8140 Walnut Hill Lane, Suite 301
Dallas, Tx. 75231

Bobby D. Associates
c/o Heather H. Jobe
c/o Bell Nunnally & Martin, LLP
3232 McKinney Ave., Suite 1400
Dallas, Tx. 75204-2429

City of Dallas
1600 Marilla, 2Ds
Dallas, Tx. 75201-9990

Frost National Bank
PO Box 34756
San Antonio, Tx. 78265-4746

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce St.
Dallas, Tx. 75242-1001

Richardson I.S.D.
c/o Perdue, Brandon, Fielder, et al
PO Box 13430
Arlington, Tx. 76094-0430

US Attorney
Main & Justice Bldg.
10th & Pennsylvania NW
Washington, DC 20530-0001

Comptroller of Public Accounts
Rev Act. Div. – Bankruptcy Sec
PO Box 13528
Austin, Tx. 78711

DEFENDANT'S EXHIBIT LIST

Page 6