



**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed June 30, 2011**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>GEORGE D. RINGER AND<br>MARY C. RINGER,<br><br>Debtors. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 10-38013<br>(CHAPTER 7) |

---

| | | |
|---|---|---|
| SOLAR SOCCER CLUB,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE D. RINGER<br><br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ADV. NO. 11-3072 |

### ORDER ON AGREED MOTION TO CONTINUE TRIAL SETTING AND PROPOSED SCHEDULING ORDER

DAL02:541183.2

On this date, the Court considered Plaintiff Solar Soccer Club and Defendant George D. Ringer's Agreed Motion to Continue Trial Setting and Proposed Scheduling Order. Having considered the Motion, and noting that it is agreed, the Court finds that the Motion should be granted in its entirety. It is therefore

ORDERED that trial is reset to **the week of January 9th, 2012.** It is further

ORDERED that the Docket Call will be held on **January 3, 2012 @1:15 p.m**. It is further

ORDERED that the following deadlines are approved:

August 12, 2011 – Deadline to complete settlement discussions and file joint status report to court;

September 1, 2011 – Deadline to disclose identity of experts and summaries of expert opinions;

November 4, 2011 – Deadline to complete discovery and file dispositive motions;

November 30, 2011 – Deadline to hear dispositive motions; and

December 7, 2011 – Deadline to submit Joint Pretrial Order, proposed findings of fact and conclusions of law, trial briefs, witness lists, and exhibit lists.

# # # **End of Order** # # #

AGREED AS TO FORM:

**ZELLE HOFMANN VOELBEL & MASON LLP**

By:     */s/ Steven J. Badger*
     Steven J. Badger
     State Bar No. 01499050

901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994
**COUNSEL FOR PLAINTIFF,
SOLAR SOCCER CLUB**

**AND**

**PEZZULLI BARNES, LLP**

By:     */s/ Michael F. Pezzulli*
     Michael F. Pezzulli
     State Bar No. 15881900

17300 Preston Rd. Suite 220
Dallas, Texas 75252
Telephone:    972-713-1300
Facsimile:    972-713-1333
**COUNSEL FOR DEFENDANT,
GEORGE DAVID RINGER**